IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:11-cv-16

| | |
|---|---|
| CARL CUPID | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **O R D E R** |
| | ) |
| ECKERD YOUTH ALTERNATIVES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS CAUSE** having come before the Court upon motion of local counsel for Defendant H. Bernard Tisdale III, for admission *pro hac vice* of Raymond S. Castro and, pursuant to Local Civil Rule 83.1(B), it appears to this Court that Mr. Castro satisfies the requisite *pro hac vice* admission criteria.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Raymond Castro is hereby admitted to practice before this Court *pro hac vice* in the above-captioned action.

Signed: March 29, 2011

Richard L. Voorhees
United States District Judge