# United States District Court
# For The Western District of North Carolina
# Statesville Division

CARL CUPID,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            5:11CV16

ECKERD YOUTH
ALTERNATIVES, INC.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2012 Memorandum and Order.

                                                        Signed: June 15, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court