# United States District Court
## For The Western District of North Carolina
## Statesville Division

CARL CUPID,

       Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                   5:11CV16

ECKERD YOUTH
ALTERNATIVES, INC.,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2012 Memorandum and  Order.

                               Signed: June 15, 2012

Frank G. Johns, Clerk
United States District Court